```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
PEDRO SANTOS,                                                  :
                                                               :
                                  Plaintiff,                   :         1:23-cv-3726-GHW
                                                               :
                -v -                                           :         ORDER
                                                               :
ROGANS REALTY CORP,                                            :
                                                               :
                                  Defendant.                   :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Defendant Rogans Realty Corp was served on June 22, 2023, with an answer due by July 13, 2023. Defendant Kitty Huang Rodriguez was served on June 30, 2023, with an answer due by July 21, 2023. As of August 15, 2023, neither Defendant has filed an answer to the complaint. The parties are directed to submit a joint letter providing the Court with an update on the status of this case, due no later than August 25, 2023.

      SO ORDERED.

Dated: August 15, 2023
       New York, New York

                                                                              _____
                                                                             GREGORY H. WOODS
                                                                      United States District Judge