```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                      :
PEDRO SANTOS,                                         :
                                                      :
                                    Plaintiff,        :    1:23-cv-3726-GHW
                                                      :
               -against-                              :         ORDER
                                                      :
ROGANS REALTY CORP, et al.,                           :
                                                      :
                                    Defendants.       :
                                                      :
------------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/2023

GREGORY H. WOODS, District Judge:

As discussed during the conference held on October 12, 2023, Plaintiff's October 4, 2023 request for leave to file a motion to dismiss Defendants' counterclaim, Dkt. No. 18, is granted. The deadline for Plaintiff to file and serve his motion to dismiss Defendants' counterclaim is October 20, 2023. Defendants' opposition is due within twenty-one days after service of Plaintiff's motion; plaintiff's reply, if any, is due within seven days after service of Defendants' opposition.

SO ORDERED.

Dated: October 12, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge