```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
PEDRO SANTOS,                                                            :
:
                                   Plaintiff,                    :      1:23-cv-3726-GHW
:
                   -against-                                   :      ORDER
:
ROGANS REALTY CORP, *et al.,*                                            :
:
                                Defendants.                 :
:
------------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

      In the Court's order dated May 4, 2023, Dkt. No. 6, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than December 27, 2023. The Court has not received the joint status letter and proposed case management plan. The parties are directed to comply with the Court's May 4, 2023 order forthwith and in any event no later than December 29, 2023.

      SO ORDERED.

Dated: December 28, 2023
                                                                     GREGORY H. WOODS
                                                              United States District Judge