USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X
                                                 :

PEDRO SANTOS,                                :
                                                 :

                      Plaintiff,       :          1:23-cv-3726-GHW
                                                 :

               -against-          :          <u>ORDER</u>
                                                 :

ROGANS REALTY CORP, *et al.,*        :
                                                 :

                     Defendants.     :

                                               :

--------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

The Court held a teleconference on July 16, 2024.  This conference was scheduled in the Court's order dated January 3, 2024.  Dkt. No. 26.  The Court, the Court's staff, and Plaintiff's counsel appeared at the July 16, 2024 conference.  But Defendants did not, nor did any representatives for Defendants.

"'[A]ll litigants . . .  have an obligation to comply with court orders,' and failure to comply may result in sanctions." *Agiwal v. Mid Island Mortg. Corp.*, 555 F.3d 298, 302 (2d Cir. 2009) (quoting *Minotti v. Lensink*, 895 F.2d 100, 103 (2d Cir. 1990)).  Pursuant to Federal Rule of Civil Procedure 16 a court may, on motion or on its own, "issue any just orders" if a party "fails to appear at a schedule or other pretrial conference" or "fails to obey a scheduling or other pretrial order."  Fed. R. Civ. P. 16(A), (C); *see also Trustees of the Paper Prod., Miscellaneous Chauffers, Warehousemen & Helpers Union Local 27 Welfare Tr. Fund & Pension Fund v. J & J Int'l Logistics, Corp.*, No. 12-cv-1475-ILG-WMS, 2013 WL 5532710, at *2 (E.D.N.Y. Oct. 4, 2013) ("A court may impose a range of sanctions on a party which fails to appear at conferences or to comply with scheduling and other pretrial orders including, among other things, striking pleadings and rendering a default judgment.").  "Among the factors to be considered when imposing sanctions are:  (1) the party's history of noncompliance; (2) the effectiveness of lesser sanctions; (3) whether a warning had been issued regarding imposition of

sanctions; and (4) whether imposing lesser sanctions would prejudice the moving party." *Trustees of the Paper Prod.*, 2013 WL 5552710, at *2.

Given that Defendants failed to appear at the July 16, 2024 conference, the Court orders that the parties attend a conference on July 23, 2024 at 4:00 p.m. The conference will take place by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

SO ORDERED.

Dated: July 16, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2