# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street.
Suite 308
Astoria, NY 11108

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/24
```

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

October 3, 2024

Honorable Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

**Re: Santos v. Rogans Realty Corp et al, 23-cv-03726**

Your Honor,

The parties would jointly request a seven-day extension to file the JPTO and related documents from October 7 to October 14. This extension would not require the amendment of any other deadlines - our trial is scheduled for January 2025.

This is the first request for an extension. The parties would appreciate a few more days to work on the documents if the Court would so permit.

The parties also have a mediation scheduled for November 18, 2024.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

---

Application granted. The parties' application for an extension of time to file the pretrial materials described in the Court's August 7, 2024 order, Dkt. No. 37, is granted. The parties should not expect the Court to grant any additional extensions of time to file these materials. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 37.

SO ORDERED.

Dated: October 3, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge