# Law Offices of Colin Mulholland

### Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11108

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

February 11, 2025

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMORANDUM ENDORSED

### Re: Santos v. Rogans Realty Corp et al, 23-cv-03726

Your Honor,

Plaintiff would respectfully request an additional two weeks to submit a long form agreement for Cheeks review. There is a proposed draft in circulation for client comment and review.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

Extension to February 25, 2025, granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 12, 2025