UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEDRO SANTOS                                           :

                                           :   ORDER OF DISCONTINUANCE
           Plaintiff,                  23 Civ. 3726 (GWG)

                                           :

  -v.-

                                           :

ROGANS REALTY CORP et al.,                              :

           Defendants.            :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       This case contains claims under the Fair Labor Standards Act. On January 23, 2025, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In a filing dated February 25, 2025, (Docket # 61), the parties have submitted their proposed settlement agreement. Having reviewed the proposed settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court finds that it is fair and reasonable. The settlement is approved.

       Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

       Any pending motions are moot. The Clerk is requested to close the case.

       SO ORDERED.

Dated: February 26, 2025
       New York, New York

                                               _____
                                             GABRIEL W. GORENSTEIN
                                             United States Magistrate Judge